IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM BROWN,**<br><br>Petitioner,<br><br>v.<br><br>**AMY MILLER,**<br><br>Respondent. | Case No. 1:12-cv-01787 AWI MJS (HC)<br><br>**ORDER GRANTING ADMINISTRATIVE RELIEF**<br><br>**(Docs. 27-28)** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed two motions for administrative relief for filing a traverse in excess of twenty-five (25) pages. Petitioner's motions are GRANTED. The Court accepted and reviewed his traverse when addressing the merits of the petition in the Findings and Recommendation issued on September 2, 2014. (ECF No. 30.)

IT IS SO ORDERED.

Dated:   September 12, 2014            /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

1