IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM BROWN,** | Case No. 1:12-cv-1787-AWI-MJS |
| Petitioner, | **ORDER ON MOTION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY** |
| v. | **(Doc. 40)** |
| **AMY MILLER,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254.

On March 25, 2015, this Court adopted a Findings and Recommendation, dismissed the petition, and declined to issue a certificate of appealabilty. (ECF No. 38.) Judgment was entered the same day.

On April 23, 2015, Petitioner filed in this court a motion for a certificate of appealabilty. (ECF No. 40.)  The motion shows as an open and pending matter on this Court's docket.  However, the motion is not directed to this Court, but is expressly directed to the Ninth Circuit. Id. To the extent that Petitioner is requesting a certificate of appealability from this Court, the Court will deny that request for the reasons previously

1

stated in the order dismissing the petition.  See ECF No. 38; see also Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Accordingly, IT IS HEREBY ORDERED that the Court DECLINES to issue a certificate of appealability.[1]

IT IS SO ORDERED.

Dated: June 26, 2015

SENIOR DISTRICT JUDGE

---

[1] This order is not intended to have any effect on Petitioner's efforts to obtain a certificate of appealability from the Ninth Circuit Court of Appeals.